1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Carol B. Lewis (Bar No. 130188)
   clewis@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  GERALD JONES,                          )  Case No. CV10-5872 EMC
                                           )
12         Plaintiff,                      )  **STIPULATION TO EXTEND
                                           )  TIME FOR THE PRUDENTIAL
13     vs.                                 )  INSURANCE COMPANY OF
                                           )  AMERICA TO RESPOND TO
14  THE PRUDENTIAL INSURANCE               )  INITIAL COMPLAINT [L.R. 6-1]
    COMPANY OF AMERICA;                    )
15  CORINTHIAN COLLEGES, INC. LONG         )  ORDER
    TERM DISABILITY PLAN,                  )
16                                         )  Complaint served: 12/30/10
           Defendants.                     )  Current Response Date: 1/20/11
17                                         )  New Response Date: 2/9/11
                                           )
18  _____)  Complaint Filed:  January 23, 2010

19

20         WHEREAS, plaintiff GERALD JONES ("Plaintiff") served upon defendant

21  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the

22  Complaint in this action on December 30, 2010;

23         WHEREAS, a responsive pleading to the Complaint must be filed and served

24  on behalf of Prudential by January 20, 2011;

25         WHEREAS, for good cause and pursuant to Local Rule 6-1, the parties wish

26  to extend the time within which a responsive pleading to the Complaint must be filed

27  and served by Prudential to February 18, 2011;

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

115883.1

                                           1                STIPULATION TO EXTEND TIME TO
                                                            RESPOND TO INITIAL COMPLAINT

1  IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by Prudential is extended to February 18, 2011.

IT IS SO STIPULATED.

Dated: January 14, 2011

Alan E. Kassan
Brent Dorian Brehm
KANTOR & KANTOR, LLP


By: //S/Alan E. Kassan
    Alan E. Kassan
    Attorneys for Plaintiff
    GERALD JONES


Dated: January 14, 2011

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Carol B. Lewis


By: //S/Linda M. Lawson
    Linda M. Lawson
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*