Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Carol B. Lewis (Bar No. 130188)
clewis@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and CORINTHIAN COLLEGES,
INC. LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES, | Case No. CV10-5872 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1]; ORDER THEREON** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | Complaint served: 1/10/11<br>Current Response Date: 1/31/11<br>New Response Date: 2/18/11<br><br>Complaint Filed:  January 23, 2010 |

WHEREAS, plaintiff GERALD JONES ("Plaintiff") served upon defendant CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN ("Corinthian") the Complaint in this action on January 10, 2011;

WHEREAS, a responsive pleading to the Complaint was to be filed and served on behalf of Corinthian by January 31, 2011;

WHEREAS, for good cause and pursuant to Local Rule 6-1, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Corinthian to February 18, 2011;

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

116323.1

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1]

IT IS HEREBY STIPULATED by and between Plaintiff and Corinthian, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by Corinthian is extended to February 18, 2011.

IT IS SO STIPULATED.

Dated: February 7, 2011    KANTOR & KANTOR, LLP
Alan E. Kassan
Brent Dorian Brehm


By: //S/Alan E. Kassan
Alan E. Kassan
Attorneys for Plaintiff
GERALD JONES


Dated: February 7, 2011    MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Carol B. Lewis


By: //S/Linda M. Lawson
Linda M. Lawson
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN

IT IS SO ORDERED.

Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED. Judge Edward M. Chen* (seal, United States District Court, Northern District of California)

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

116323.1

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1]