Alan E. Kassan, Esq. State Bar No. 113864
  E-Mail: akassan@kantorlaw.net
Brent Dorian Brehm, Esq. State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
GERALD JONES

Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Carol B. Lewis (Bar No. 130188)
clewis@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:   (213) 625-1930

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and CORINTHIAN COLLEGES,
INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES, | CASE NO: CV10-5872 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| VS. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN, | Date: April 6, 2011<br>Time: 1:30 p.m.<br>Place: Ctrm. C, 15th Floor |
| Defendants. | Judge: Hon. Edward M. Chen |

The parties, by and through their respective counsel, submit the following Stipulation and [Proposed] Order Regarding Telephonic Appearance at the Case Management Conference set for April 6, 2011, at 1:30 p.m.

1  WHEREAS, the parties have submitted a joint report in which they materially agree on the pertinent legal issues and the procedure(s) to bring this case to trial and to resolve those legal issues;

WHEREAS, counsel believes this is a relatively straightforward ERISA matter, and plaintiff's counsel and defense counsel have worked together several times before on similar matters, have an excellent working relationship and are always cooperative in the management of pre-trial matters;

WHEREAS, counsel for the Plaintiff and the Defendants are located in Southern California and wish to promote the efficient expenditure of attorney's fees and costs;

THEREFORE, for the reasons stated above, the parties stipulate to and hereby request the Court's permission to appear telephonically at the Case Management Conference on April 6, 2011, at 1:30 p.m.

IT IS SO STIPULATED.

DATED: March 24, 2011          KANTOR & KANTOR, LLP

                                        */s/ Alan E. Kassan*
                               By: _____
                                        Alan E. Kassan

                               Attorneys for Plaintiff,
                               GERALD JONES

DATED: March 24, 2011          MESERVE, MUMPER & HUGHES LLP

                                        */s/ Linda M. Lawson*
                               By: _____
                                        Linda M. Lawson
                                        Carol B. Lewis

                               Attorneys for Defendants,
                               THE PRUDENTIAL INSURANCE
                               COMPANY OF AMERICA and
                               CORINTHIAN COLLEGES, INC. LONG
                               TERM DISABILITY PLAN

1 **[PROPOSED] ORDER**

2 The Court has read and considered the above Stipulation of the parties and, for
3 good cause showing, grants the parties request to appear telephonically.  The Court orders
4 the parties to appear by telephone at the Case Management Conference on April 6, 2011.
5 IT IS SO ORDERED.    The Court will call counsel between 1:30 and 2:30 p.m.

By: _____
EDWARD M. CHEN
U.S. Magistrate Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

- 3 -

CASE NO. CV10-5872 EMC
STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC
APPEARANCE AT CASE MANAGEMENT CONFERENCE