1  Alan E. Kassan, Esq. State Bar No. 113864
   E-Mail: akassan@kantorlaw.net
2  Brent Dorian Brehm, Esq. State Bar No. 248983
   E-mail: bbrehm@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone:  (818) 886-2525
5  Facsimile:   (818) 350-6272

6  Attorneys for Plaintiff,
   GERALD JONES

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | GERALD JONES, | CASE NO: CV10-5872 EMC |
|---|---|---|
| 12 | Plaintiff, | NOTICE OF SETTLEMENT |
| 13 | VS. | ORDER RESETTING CMC |
| 14 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN, | |
| 16 | Defendants. | |

18   Please be advised that the parties have settled this matter.  The parties
19   anticipate completing settlement documents within the next sixty (60) days and
20   request that the Court retain jurisdiction of this case until the earlier of a dismissal
21   being filed, or September 28, 2011.

23  DATED: July 28, 2011         KANTOR & KANTOR, LLP

24  IT IS SO ORDERED that the Status
    Conference set for 8/12/11 at 10:30 a.m.    */s/ Alan E. Kassan*
25  is reset for 10/21/11 at 10:30 a.m.  An
    updated joint status report shall be filed   By: _____
26  by 10/14/11.
                                                Alan E. Kassan
27                                              Attorneys for Plaintiff,
    _____               GERALD JONES
28  Edward M. Chen
    U.S. Magistrate Judge

                                                IT IS SO ORDERED
                                                AS MODIFIED

CASE NO. CV 10-5872 EMC
NOTICE OF SETTLEMENT