Alan E. Kassan, Esq. State Bar No. 113864
E-Mail: akassan@kantorlaw.net
Brent Dorian Brehm, Esq. State Bar No. 248983
E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
GERALD JONES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES,<br><br>    Plaintiff,<br><br>VS.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CORINTHIAN COLLEGES, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO: CV10-5872 EMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

Following settlement of this matter, Plaintiff GERALD JONES and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, And CORINTHIAN COLLEGES, INC., LONG TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

1  IT IS SO STIPULATED.

2

3  DATED: August 29, 2011                KANTOR & KANTOR, LLP

4

5                                                  /s/ *Alan E. Kassan*
                                         By: _____
6                                             Alan E. Kassan
                                              Attorneys for Plaintiff,
7                                             GERALD JONES

8  Dated: August 29, 2011                MESERVE, MUMPER & HUGHES LLP

9
                                                   /s/ *Linda M. Lawson*
10
                                         By: _____
11
                                              Linda M. Lawson
12                                            Carol B. Lewis
                                              Attorneys for Defendants,
13                                            THE PRUDENTIAL
                                              INSURANCE COMPANY OF
14                                            AMERICA and CORINTHIAN
                                              COLLEGES, INC. LONG
15                                            TERM DISABILITY PLAN

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Date: 9/19/11

By: _____
HONORABLE EDWARD M.
UNITED STATES MAGISTRATE
DISTRICT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*